GENERAL MOTORS ACCEPTANCE CORPORATION, PLAINTIFF-APPELLEE,
v. JENKINS ET, DEFENDANTS-APPELLANTS.

Ohio Appeals, First District, Hamilton County.

No. 9119.   Decided July 2, 1962.

Messrs. Steer, Strauss & Adair, for plaintiff-appellee.

Messrs. Dolle, O'Donnell, Cash, Fee & Hahn, for defendants-appellants.

Per Curiam. An examination of the record discloses no error prejudicial to the rights of Appellant. This case is, therefore, affirmed on authority of Judge Schneider's opinion.

LONG, P. J., HILDEBRANT and KEEFE, JJ., concur.